1  EILEEN M. DECKER
   United States Attorney
2  LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  DENNIS J. HANNA, CSBN 184475
5  Special Assistant United States Attorney
6      Social Security Administration
       160 Spear St., Suite 800
7      San Francisco, CA  94105
8      Telephone:  (415) 977-8962
       Facsimile:  (415) 744-0134
9      Email:  Dennis.Hanna@ssa.gov
10 Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ANGELA HUNTER, | ) No. 2:15-cv-00195-PLA |
| | ) |
| Plaintiff, | ) **ORDER OF REMAND** |
| | ) |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation"), and for cause shown, **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation.

DATED: August 13, 2015

HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE