EILEEN M. DECKER
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DENNIS J. HANNA, CSBN 184475
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8962
    Facsimile:  (415) 744-0134
    Email:  Dennis.Hanna@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ANGELA HUNTER, ) | No. 2:15-cv-00195-PLA |
| ) | |
| Plaintiff, ) | **JUDGMENT OF REMAND** |
| ) | |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, Acting ) Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation.

DATED: August 13, 2015

HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE